UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, et al., | Case No. C03-5376 SBA(EMC) |
| Plaintiffs, | **ORDER OF RECUSAL** |
| THE SCOTT COMPANIES, INC., et al., | |
| Defendants. | |
| _____/ | |

This Court, on its own motion, hereby recuses itself from any and all further proceedings in this matter.

IT IS SO ORDERED.

Dated: November 29, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge