**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES FIDELITY AND GUARANTY
COMPANY, et al.,

        Plaintiffs,

THE SCOTT COMPANIES, INC., et al.,

        Defendants.

_____/

Case No. C03-5376 SBA(EMC)

**ORDER WITHDRAWING RECUSAL
ORDER DATED 11/29/06**

Based on the parties' joint letter of December 1, 2006, the order of recusal is hereby

withdrawn.  The parties are to meet and confer about scheduling and the possibility of an evidentiary

hearing on (1)  PLAINTIFFS' MOTION FOR ISSUANCE OF PRELIMINARY INJUNCTION; and

(2) PLAINTIFF'S MOTION FOR JUDGMENT.  After the parties report back on the results of the

meet and confer, the Court shall set a new hearing date.

        IT IS SO ORDERED.

Dated:   December 4, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge