DAVID WISEBLOOD (State Bar No. 115312)
PRESTON, GATES & ELLIS LLP
55 Second Street, Suite 1700
San Francisco, California 94105
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

RICHARD W. MILLER (Admitted *Pro Hac Vice*)
SCOTT H. MURPHY (Admitted *Pro Hac Vice*)
MILLER LAW FIRM, P.C.
4310 Madison Avenue
Kansas City, Missouri 64111
Telephone: (816) 531-0755
Facsimile: (816) 561-6361

Attorneys for Defendants
Robert Nurisso and Joseph Guglielmo

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE SCOTT COMPANIES, INC., et al., <br><br> Defendants | CASE NO. C 03 5376-SBA <br><br> **STIPULATION RE: HEARING SCHEDULE; ORDER THEREON** <br><br> [Before Magistrate Judge Chen per Terms of Settlement Agreement] |

Plaintiffs United States Fidelity and Guaranty Company, Fidelity and Guaranty Insurance Company, St. Paul Fire and Marine Insurance Company and St. Paul Medical Liability Insurance Company (collectively, referred to herein as "St. Paul") and Defendants Robert T. Nurisso (referred to herein as "Nurisso") and Joseph A. Guglielmo (referred to herein as "Guglielmo"), by and through their respective counsel of record herein, hereby stipulate and agree as follows:

**WHEREAS;**

    A.    On September 12, 2006, St. Paul filed a Motion for the Issuance of Temporary Restraining Order in connection with St. Paul's Motion for Judgment against Nurisso and Guglielmo.

    B.    On September 21, 2006, the parties executed a Stipulation Re: Issuance of Temporary

1

STIPULATION RE: HEARING SCHEDULE          Case No. C 03 5376 SBA

Restraining Order and on September 22, 2006, the Court entered an order issuing a Temporary Restraining Order pending the outcome of a hearing on St. Paul's Motion for Preliminary Injunction and Motion for Judgment ("Motions").

      C.    St. Paul's Motions were set for hearing on December 6, 2006.

      D.    On or about November 29, 2006, the Court determined that it had a conflict of interest with one of Defendants' retained consultants and the Court promptly advised the parties of said conflict.

      E.    On November 29, 2006, the Court issued an Order of Recusal and a Notice vacating the hearing that was set for December 6, 2006.

      F.    Thereafter, Defendants proposed to St. Paul that they would withdraw the Declaration of their retained consultant that the Court had a conflict with and replace him with another different retained consultant if the Court would withdraw its Order of Recusal. St. Paul agreed with Defendants' proposal and on December 1, 2006, the parties jointly filed a letter with the Court outlining Defendants' proposal.

      G.    On December 4, 2006, the Court withdrew its Order of Recusal.

      H.    Defendants have retained a replacement consultant, Terry Lloyd, with whom the Court has advised the parties that the Court does not have a conflict. Mr. Lloyd is presently performing his analysis and preparing his report. Defendants anticipate that Mr. Lloyd will have his report completed by January 31, 2007.

      I.    The parties now desire to obtain a new hearing date and a new briefing schedule.

      J.    The Court has asked the parties to comment on whether an evidentiary hearing is desired. The Final Settlement Agreement between the parties specified that any disputes would be decided without live testimony. The parties are in agreement that the Final Settlement Agreement should be complied with in this regard and that there should be no live testimony.

**WHEREFORE**, St. Paul, Nurisso and Guglielmo hereby stipulate and agree that:

The hearing on St. Paul's Motions shall be set for March 20, 2007, or as soon thereafter as the Court's calendar permits. Nurisso's and Guglielmo's written oppositions to the Motions shall be filed and served on counsel for St. Paul four (4) weeks before the date of the hearing. St. Paul's reply/replies to Nurisso's and Guglielmo's oppositions shall be filed and served on counsel for Nurisso and Guglielmo three (3) weeks before the date of the hearing.

| | |
|---|---|
| 1 | **IT IS SO STIPULATED.** |
| 2 | Dated: January 18, 2007 |

```
                                    _____
                                    Michael G. Long, Esq.
                                    David R. Johnson, Esq.
                                    Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
                                    2040 Main Street, Suite 300
                                    Irvine, California 92614
                                    Tel:(949) 852-6700; Fax (949) 261-0771
                                    Attorneys for Plaintiffs
```

Dated: January 22, 2007

```
                                    _____
                                    Richard W. Miller, Esq.
                                    Scott H. Murphy, Esq.
                                    Miller Law Firm
                                    4310 Madison Avenue
                                    Kansas City, Missouri 64111
                                    Tel:(816) 531-0755; Fax (800) 982-3150
                                    Attorneys for Defendants
```

### ORDER

Based upon the foregoing stipulation, and good cause therefore, the Court orders as follows:

A hearing on St. Paul's Motions based upon the facts and circumstances set forth in St. Paul's Motion shall be set for March 21, 2007 at 3:00 a.m./p.m. before Magistrate Judge Chen. The following briefing schedule shall apply to the hearing: Robert Nurisso's and Joseph Guglielmo's written oppositions to the Motions shall be filed and served on counsel for St. Paul four (4) weeks before the date of the hearing. St. Paul's reply/replies to Robert Nurisso's and Joseph Guglielmo's oppositions shall be filed and served on counsel for Nurisso and Guglielmo three (3) weeks before the date of the hearing.

**IT IS SO ORDERED**

Dated: January 26, 2007



MAGISTRATE JUDGE EDWARD M. CHEN

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen