# MILLER LAW FIRM
A PROFESSIONAL CORPORATION
4310 MADISON AVENUE
KANSAS CITY, MISSOURI 64111
TELEFAX (816) 561-6361
(816) 531-0755

RICHARD W MILLER

June 13, 2007

**VIA ELECTRONIC FILING**

The Honorable Edward M. Chen
450 Golden Gate Avenue
15th Floor, Courtroom C
San Francisco, California 94102

> Re: United States Fidelity and Guaranty Company, et al. v. The Scott Companies, Inc., et al.; United States District Court, Northern District of California; <u>Oakland Division; Case No. C-03-5376 SBA</u>
>
> United States Fidelity and Guaranty Company, et al. v. Robert Nurisso, et al.; United States District Court, Northern District of California, <u>San Francisco Division; Case No. C-06-5590 EMC</u>

Dear Magistrate Judge Chen:

This office represents Defendants in the above-referenced matters.

During the May 30, 2007 Status Conference, the Court ordered the parties to further meet and confer regarding the attorneys' fees sought by Plaintiffs, and subsequently permitted the parties to file a brief joint statement summarizing the status of their efforts by June 13, 2007.

In accordance with the Court's order, counsel for Plaintiffs and Defendants have exchanged letters and have discussed by telephone Defendants' concerns regarding the redaction on Plaintiffs' counsels' fee invoices. In light of Defendants' concerns, and in an effort to resolve this issue, Plaintiffs are in the process of preparing a set of invoices that contain less redaction, which they will be forwarding to Defendants' counsel for their further review shortly.

Since this matter is not set for hearing until August 8, 2007, counsel for Plaintiffs and Defendants request a three-week extension until July 5, 2007, to afford time to allow Plaintiffs to

June 13, 2007
Page 2

provide Defendants with copies of their fee invoices with fewer redactions, and to allow counsel to meet and confer to see if an agreement can be reached.

Very truly yours,

MILLER LAW FIRM, P.C.

Richard W. Miller

I concur.

Michael G. Long
Counsel for Plaintiffs

cc:  David R. Johnson, Esq. (Attorney for Plaintiffs) (via electronic filing)
     Michael G. Long, Esq. (Attorney for Plaintiffs) (via electronic filing)
     Scott H. Murphy, Esq. (Attorney for Defendants) (via electronic filing)
     David Wiseblood, Esq. (Attorney for Defendants) (via electronic filing)

RWM/pkw
joint ltr to chen.06-13-07.doc

IT IS SO ORDER that parties are granted a two-week extension until June 28, 2007 to afford time to allow Plaintiffs to provide Defendants with copies of their fee invoices, etc.

EDWARD M. CHEN
U.S. Magistrate Judge

Dated: 6/14/07

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen