**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, *et al.*, | No. C-03-5376 SBA (EMC) |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS' MOTION FOR CONTINUANCE OF HEARING ON PLAINTIFFS' MOTION FOR ATTORNEY'S FEES, EXPENSES, AND COSTS** |
| v. | |
| THE SCOTT COMPANIES, INC., *et al.*, | |
| Defendants. | **(Docket No. 337)** |
| _____/ | |
| UNITED STATES FIDELITY AND GUARANTY COMPANY, *et al.*, | RELATED TO |
| Plaintiffs, | No. C-06-5590 EMC |
| v. | |
| ROBERT NURISSO, *et al.*, | |
| Defendants. | |
| _____/ | |

Defendants have moved the Court to continue the hearing on Plaintiffs' motion for attorney's fees -- currently scheduled for August 22, 2007 -- because counsel for Defendants is scheduled to be in a jury trial at that time. Plaintiffs do not oppose a brief continuance, although they request that the deadlines to file the opposition and reply briefs (*i.e.*, July 25 and August 1, 2007) remain the same.

Because Defendants have demonstrated good cause for the hearing to be continued and because Plaintiffs do not object, the Court hereby **GRANTS** Defendants' motion. The hearing on Plaintiffs' motion for fees shall be continued to **September 12, 2007, at 10:30 a.m.** The briefing

**United States District Court**

For the Northern District of California

1    schedule, however, shall remain the same as requested by Plaintiffs.  Defendants have not

2    demonstrated that their counsel would not be able to prepare an opposition by August 1.

3

4        IT IS SO ORDERED.

5

6    Dated:  July 23, 2007

7                                                EDWARD M. CHEN

8                                                United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28