# MILLER LAW FIRM
A PROFESSIONAL CORPORATION
4310 MADISON AVENUE
KANSAS CITY, MISSOURI 64111
TELEFAX (816) 561-6361
(816) 531-0755

RICHARD W MILLER

September 10, 2007

The Honorable Edward M. Chen
450 Golden Gate Avenue
15th Floor, Courtroom C
San Francisco, CA 94102

    Re:    USF&G, et al. v. The Scott Companies, et al.;
              Case No. C 03 5376-SBA;
              Our File No.: 1788.01

Dear Judge Chen:

      This letter follows our conversation this morning with Ms. Betty Fong regarding the hearing in the above-referenced matter on Plaintiffs' Motion for Attorneys' Fees, Costs and Expenses set for this Wednesday, September 12, 2007. As you know, we represent Defendants Joseph Guglielmo and Robert Nurisso. We write to request an opportunity to participate in the aforementioned hearing by telephone. The purpose of our request is to save our clients the expense of us traveling to California for the hearing. We have discussed our plans to make this request with counsel for Plaintiffs, Michael Long, and he has no objection to our request. In fact, Mr. Long asked us to advise the Court that he is also interested in attending the hearing by telephone.

      Thank you for your consideration.

                      Very truly yours,

                      MILLER LAW FIRM, P.C.

                      Richard W. Miller

RWM/pkw
cc:    David Johnson
        Michael Long
F:\Client files 1500-1999\1788\01\ltr\chen.9-10.doc

        IT IS SO ORDERED:

        Edward M. Chen
        U.S. Magistrate Judge