UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE SCOTT COMPANIES, INC., *et al.*, <br><br> Defendants. <br> _____/ | No. C-03-5376 SBA (EMC) <br><br> **ORDER RE PLAINTIFFS' LETTER OF APRIL 15, 2008** <br><br> **(Docket No. 373)** |

On April 15, 2008, Plaintiffs filed a letter, seeking the Court's assistance for production of documents from Defendant Joseph Guglielmo. On April 18, 2008, Mr. Guglielmo as well as Defendant Robert Nurisso filed a response. Having reviewed the parties' respective letters, the Court hereby orders as follows.

First, with respect to Mr. Nurisso, it appears that the parties have reached some sort of agreement. According to Mr. Nurisso, as part of this agreement, the charging orders against him should be dismissed. If that is the agreement of the parties, then they should submit a stipulation and proposed order to that effect. If not, then the parties should meet and confer to determine whether they can reach an agreement on the matter; if not, then they should submit a joint letter on the issue, discussing their respective positions, by May 7, 2008.

Second, with respect to Mr. Guglielmo, Plaintiffs seek the production of certain documents related to his interests in Guggs Investments, McKinley, and Westwood Property. The parties have not adequately met and conferred on this issue. Based on the parties' letters, it appears that Mr.

Guglielmo is willing to produce many of the documents requested or has represented that the documents do not exist. The Court therefore orders the parties to further meet and confer on this issue. As above, if they cannot reach agreement, then they should submit a joint letter by May 7, 2008.

Finally, the Court notes that the letter from Defendants was authored by James Sullivan, who states that he represents both gentlemen in this litigation. As of date, Mr. Sullivan is not counsel of record. The Court therefore orders Mr. Sullivan to make an appearance by April 28, 2008.

IT IS SO ORDERED.

Dated: April 21, 2008

EDWARD M. CHEN
United States Magistrate Judge