Michael G. Long, Bar No. 129771
David R. Johnson, Bar No. 174883
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
2040 Main Street, Suite 300
Irvine, CA 92614
Telephone: (949) 852-6700
Facsimile: (949) 261-0767

Attorneys for Plaintiffs
UNITED STATES FIDELITY AND GUARANTY
COMPANY, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE SCOTT COMPANIES, INC., et al.,<br><br>Defendants. | Case No. C 03-5376-SBA<br><br>**STIPULATION AND ORDER RE: LIFTING TRO FOR LIMITED PURPOSE OF PERMITTING ROBERT NURISSO TO PAY CITY NATIONAL BANK FUNDS TO PLAINTIFFS** |

Plaintiffs United States Fidelity and Guaranty Company, Fidelity and Guaranty Insurance Company, St. Paul Fire and Marine Insurance Company and St. Paul Medical Liability Insurance Company (collectively, "Plaintiffs") and Defendant Robert Nurisso, by and through their counsel of record, stipulate and agree as follows:

WHEREAS,

A. On September 22, 2006, a Stipulation and Order Re: Issuance Of Temporary Restraining Order ("TRO") was entered in the instant action.

B. There are funds in the amount of $849,706.44 held in City National Bank bank account no. 432753964 that is in the name of Wild Horse, LP and/or Robert Nurisso ("Bank Funds") that are subject to the TRO.

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

STIPULATION AND ORDER
C 03-5376-SBA

C. A Judgment dated June 1, 2007 ("Judgment") and an Order Granting in Part and Denying in Part Plaintiffs' Motion for Attorneys' Fees, Expenses, and Costs dated September 18, 2007 ("Order") were both entered in favor of Plaintiffs and against Nurisso in this action.

D. Plaintiffs, Nurisso and Wild Horse, LP have entered into a Payment Agreement dated -------- ("Agreement") wherein it is agreed that Nurisso will pay to Plaintiffs amounts owed under the Judgment and Order, as set forth in the Agreement. Nurisso intends to use the Bank Funds to pay to Plaintiffs a portion of the amount due under the Agreement.

WHEREFORE, Plaintiffs, Nurisso and Wild Horse, L.P. agree that, as to the Bank Funds only, the TRO will be lifted so that the funds can be paid to Plaintiffs in accordance with the Payment Agreement.

IT IS SO STIPULATED.

Dated: April 22, 2008        WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.

                             By: _____
                                 Counsel for Plaintiffs

Dated: April ___, 2008       LAW OFFICES OF JAMES M. SULLIVAN, INC.

                             By: _____
                                 Counsel for Robert Nurisso, Virginia Nurisso
                                   and Wild Horse, LLP

Dated: April ___, 2008       Robert T. Nurisso

                             By: _____

Dated: April ___, 2008       Virginia Nurisso

                             By: _____

. . .

1  C. A Judgment dated June 1, 2007 ("Judgment") and an Order Granting in Part and Denying in Part Plaintiffs' Motion for Attorneys' Fees, Expenses, and Costs dated September 18, 2007 ("Order") were both entered in favor of Plaintiffs and against Nurisso in this action.

D. Plaintiffs, Nurisso and Wild Horse, LP have entered into a Payment Agreement dated -------- ("Agreement") wherein it is agreed that Nurisso will pay to Plaintiffs amounts owed under the Judgment and Order, as set forth in the Agreement. Nurisso intends to use the Bank Funds to pay to Plaintiffs a portion of the amount due under the Agreement.

WHEREFORE, Plaintiffs, Nurisso and Wild Horse, L.P. agree that, as to the Bank Funds only, the TRO will be lifted so that the funds can be paid to Plaintiffs in accordance with the Payment Agreement.

IT IS SO STIPULATED.

Dated: April ___, 2008        WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.

By: _____
    Counsel for Plaintiffs

Dated: April ___, 2008        LAW OFFICES OF JAMES M. SULLIVAN, INC.

By: _____
Counsel for Robert Nurisso, Virginia Nurisso
and Wild Horse, LLP

Dated: April 14, 2008         Robert T. Nurisso

By: _____

Dated: April 14, 2008         Virginia Nurisso

By: _____

1  Dated: April ___, 2008                    Wild Horse, LP.

2                                             By:_____

3
                                              Printed:_____
4                                             Its:    General Partner

5
                                **ORDER**
6

7       Based upon the foregoing stipulation, and good cause appearing therefore, the Court

8  orders that the temporary restraining order entered on September 22, 2006 be lifted only with

9  respect to the $849,706.44 held in City National Bank bank account no. 432753964, so that said

10 funds can be immediately paid to Plaintiffs.

11
        IT IS SO ORDERED.
12
        May 5, 2008
13 Dated ~~April ___, 2008~~

        IT IS SO ORDERED
        Judge Edward M. Chen

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

- 3 -

STIPULATION AND ORDER
C 03-5376-SBA

Dated: April 14, 2008

Wild Horse, LP

By: _____

Printed: Robert T. Norisso

Its: General Partner

## ORDER

Based upon the foregoing stipulation, and good cause appearing therefore, the Court orders that the temporary restraining order entered on September 22, 2006 be lifted only with respect to the $849,706.44 held in City National Bank bank account no. 432753964, so that said funds can be immediately paid to Plaintiffs.

IT IS SO ORDERED.

Dated April ___, 2008

_____
Magistrate Judge Edward M. Chen

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

- 3 -

STIPULATION AND ORDER
C 03-5376-SBA