| | |
|---|---|
| 1 | Michael G. Long, Bar No. 129771 |
| 2 | David R. Johnson, Bar No. 174883<br>Watt, Tieder, Hoffar & Fitzgerald, L.L.P. |
| 3 | 2040 Main Street, Suite 300<br>Irvine, CA 92614 |
| 4 | Telephone: (949) 852-6700<br>Facsimile: (949) 261-0767 |
| 5 | Attorneys for Plaintiffs |
| 6 | UNITED STATES FIDELITY AND GUARANTY COMPANY, et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, et al., | Case No. C03-5376-SBA (EMC)<br>(RELATED CASE) |
| Plaintiffs, | |
| v. | |
| THE SCOTT COMPANIES, INC., et al., | |
| Defendants. | |
| UNITED STATES FIDELITY AND GUARANTY COMPANY, et al., | Case No. C06-5590 EMC<br>(RELATED CASE) |
| Plaintiffs, | STIPULATION AND ORDER RE: LIFTING TRO FOR LIMITED PURPOSE OF PERMITTING JOSEPH GUGLIELMO TO PAY BANK OF AMERICA ACCOUNT FUNDS TO PLAINTIFFS ; ORDER |
| v. | |
| ROBERT NURISSO, et al., | |
| Defendants. | |

Plaintiffs United States Fidelity and Guaranty Company, Fidelity and Guaranty Insurance Company, St. Paul Fire and Marine Insurance Company and St. Paul Medical Liability Insurance Company (collectively, "Plaintiffs") and Defendant Joseph Guglielmo, by and through their counsel of record, stipulate and agree as follows:

. . .

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

STIPULATION AND ORDER
C03-5376-SBA
C06-5590-EMC

WHEREAS,

A. On September 22, 2006, a Stipulation and Order Re: Issuance Of Temporary Restraining Order ("TRO") was entered in the instant action.

B. There are funds in the amount of $68,013.82 held in Bank of America bank account no. 05255-40012 that is in the name of Guggs Investments, LP and/or Joseph Guglielmo ("Bank Funds") that are subject to the TRO.

C. A Judgment dated June 1, 2007 ("Judgment") and an Order Granting in Part and Denying in Part Plaintiffs' Motion for Attorneys' Fees, Expenses, and Costs dated September 18, 2007 ("Order") were both entered in favor of Plaintiffs and against Guglielmo in both of these actions.

D. Plaintiffs, Guglielmo and Guggs Investments, LP have agreed that the Bank Funds will be paid to Plaintiffs to satisfy a portion of the amounts owed Plaintiffs under the Judgments and Orders.

WHEREFORE, Plaintiffs, Guglielmo and Guggs Investments, LP agree that, as to the Bank Funds only, the TRO will be lifted so that the funds can be paid to Plaintiffs.

IT IS SO STIPULATED.

Dated: ~~July~~, 2008    WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
August 5, 2008

By: _____
Counsel for Plaintiffs

Dated: July 31, 2008    LAW OFFICES OF JAMES M. SULLIVAN, INC.

By: _____
Counsel for Joseph Guglielmo, Ardis Guglielmo and Guggs Investments, LP

Dated: July 31, 2008    Joseph Guglielmo

By: _____

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

- 2 -

STIPULATION AND ORDER
C03-5376-SBA
C06-5590-EMC

Dated: July___, 2008   Ardis Guglielmo

By: _____

Dated: July 31, 2008   Guggs Investments, LP

By: /s/ Joe Guglielmo

Printed: Joe Guglielmo
Its: General Partner

## ORDER

Based upon the foregoing stipulation, and good cause appearing therefore, the Court orders that the temporary restraining order entered on September 22, 2006 be lifted only with respect to the $68,013.82 held in Bank of America bank account no. 05255-40012, so that said funds can be immediately paid to Plaintiffs.

IT IS SO ORDERED.
August 6, 2008

Dated July___, 2008

Magistrate Judge ~~Edward~~

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

1  Dated: July___, 2008          Ardis Guglielmo

                                 By: /s/ Ardis Guglielmo

4  Dated: July___, 2008          Guggs Investments, LP

                                 By: _____

                                 Printed: _____
                                 Its:    General Partner

## ORDER

Based upon the foregoing stipulation, and good cause appearing therefore, the Court orders that the temporary restraining order entered on September 22, 2006 be lifted only with respect to the $68,013.82 held in Bank of America bank account no. 05255-40012, so that said funds can be immediately paid to Plaintiffs.

IT IS SO ORDERED.

Dated July___, 2008.

_____
Magistrate Judge Edward M. Chen

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

- 3 -

STIPULATION AND ORDER
C03-5376-SBA
C06-5590-BMC