UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE SCOTT COMPANIES, et al.,<br><br>Defendants. | Case No: C 03-5376 SBA<br><br>**ORDER** |

Plaintiffs' motion for judgment debtor's exam (Docket 394) remains open on the Docket. However, the examination took place on November 19, 2008. (Docket 397.) Accordingly,

IT IS HEREBY ORDERED THAT the Clerk shall terminate Docket 394. This file is closed.

IT IS SO ORDERED.

Dated: August 12, 2009

_____
Hon. Saundra Brown Armstrong
United States District Judge