1    Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
      Michael G. Long, Bar No. 129771
2    mlong@wthf.com
      David R. Johnson, Bar No. 174883
3    djohnson@wthf.com
      2040 Main Street, Suite 300
4    Irvine, CA  92614
      Telephone:      949-852-6700
5    Facsimile:      949-261-0771

6    Attorneys for Plaintiffs

7

8                     UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12    UNITED STATES FIDELITY AND       Case No.  CV-03-5376- SBA
      GUARANTY COMPANY, et al.,               CV-06-5590-EMC
13

14                Plaintiffs,        **STIPULATION TO CONTINUE THE**
                                             **FEBRUARY 23, 2011 CONTINUED**
15    v.                                   **HEARING ON PLAINTIFFS' MOTION**
                                            **FOR ORDER TO SELL SECURITIES TO**
16    THE SCOTT COMPANIES, INC., et al.,      **PARTIALLY SATISFY PLAINTIFFS'**
                                            **JUDGMENT AGAINST JOSEPH**
                Defendants.        **GUGLIELMO; [PROPOSED] ORDER**
17                                             **THEREON**

18                                        Date:          February 23, 2011
                                       Time:          10:30 a.m.
19                                        Judge:        Magistrate Edward M. Chen
                                       Courtroom: C-15th Floor
20

21          Plaintiffs United States Fidelity and Guaranty Company, Fidelity and Guaranty Insurance

22    Company, St. Paul Fire and Marine Insurance Company and St. Paul Medical Liability Insurance

23    Company (collectively, "St. Paul") and Judgment Debtor Joseph Guglielmo ("Guglielmo"),

24    through their respective counsel, hereby stipulate and agree as follows:

25          WHEREAS:

26          A.        St. Paul's Motion for Order to Sell Securities to Partially Satisfy Plaintiffs'

27          Judgment Against Joseph Guglielmo ("Motion") was heard by this Court on January 4,

28    2011 at or about 10:30 a.m.

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

STIPULATION TO CONTINUE FEBRUARY 23, 2011
CONTINUED HEARING ON PLAINTIFFS' MOTION FOR       CV-03-5376-SBA  CV-06-5590-EMC
ORDER TO SELL SECURITIES AND [PROPOSED] ORDER

1        B.      In its January 11, 2011 Order on the Motion ("Schwab Account Order"), the Court

2   ordered that information regarding a certain account maintained by Guglielmo at Charles Schwab

3   & Co., Inc. be exchanged with St. Paul.  Further, the Court ordered that the parties submit further

4   briefing regarding Guglielmo's need for the funds on February 16, 2011, and set a further hearing

5   regarding Plaintiffs' Motion on February 23, 2011 at 10:30 a.m.

6        C.      On January 14, 2011, St. Paul sent Guglielmo a letter demanding that Guglielmo

7   provide certain documents and information pertaining to his financial condition by January 28,

8   2011 in accordance with the Schwab Account Order ("St. Paul Letter Demand").

9        D.      St. Paul and Guglielmo are presently actively engaged in discussions which may,

10  if successful, ultimately resolve the entire dispute between them, and thereby obviate the need for

11  the information sought in the St. Paul Letter Demand, the additional submissions to this Court

12  and the continued hearing on the Motion.

13  **WHEREFORE,**

14      To allow St. Paul and Guglielmo to complete their discussions without potentially

15  unnecessarily incurring additional expenses and to avoid the potentially unnecessarily

16  expenditure of the resources of this Court, St. Paul and Guglielmo agree to continue:

17       1.      The hearing on St. Paul's Motion from February 23, 2011 by thirty (30)

18  days (to March 25, 2011), as the Court's calendar may permit;

19       2.      St. Paul's and Guglielmo's submission of additional briefing in accordance

20  with the Court's Schwab Account Order from February 16, 2011 to two (2) weeks before

21  the continued hearing date on the Motion (to March 11, 2011); and

22

23

24

25

26

27

28

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

STIPULATION TO CONTINUE FEBRUARY 23, 2011
CONTINUED HEARING ON PLAINTIFFS' MOTION FOR          - 2 -     CV-03-5376-SBA  CV-06-5590-EMC
ORDER TO SELL SECURITIES AND [PROPOSED] ORDER

1            3.     The deadline for Guglielmo to provide to St. Paul the documentation and

2 information demanded by St. Paul in its St. Paul Letter Demand to twenty-two (22) days

3 before the continued hearing date on the Motion (to February 21, 2011).

4 IT IS SO STIPULATED.

5

6 Dated: February 1, 2011         WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.

7

8                          By: ___/s/ David R. Johnson_____
                                Michael G. Long

9                                   David R. Johnson
                                  Counsel for Plaintiffs

10

11 Dated: February 1, 2011         LAW OFFICES OF JAMES M. SULLIVAN, INC.

12

13                          By: ___/s/ James Sullivan_____
                                  James Sullivan

14                                   Counsel for Joseph Guglielmo

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

STIPULATION TO CONTINUE FEBRUARY 23, 2011
CONTINUED HEARING ON PLAINTIFFS' MOTION FOR    - 3 -    CV-03-5376-SBA  CV-06-5590-EMC
ORDER TO SELL SECURITIES AND [PROPOSED] ORDER

1

**ORDER**

2        After considering the Stipulation of the parties, and good cause existing therefore, IT IS

3    HEREBY ORDERED THAT:

4            1.      The hearing on St. Paul's Motion is continued from February 23, 2011 at

5    10:30 a.m. to _____March 23_____, 2011 at ____10:30____ a.m./p.m.;

6            2.      The deadline for St. Paul and Guglielmo to submit additional briefing in

7    accordance with the Court's January 11, 2011 Schwab Account Order is continued from

8    February 16, 2011 to ____March 9_____, 2011.

9            3.      The deadline for Guglielmo to provide to St. Paul the documentation and

10   information    demanded    by   St.   Paul   in   its   St.   Paul   Letter   Demand   is

11   _____February 21_____, 2011.

12

13   **IT IS SO ORDERED**

14

15   Dated: _____February 1_____ ___, 2011

16                                                          IT IS SO ORDERED
                                                            AS MODIFIED

17                                                          Judge Edward M. Chen

18

19

20

21

22

23   LASVEGAS 11702.1 101319.001

24

25

26

27

28

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

STIPULATION TO CONTINUE FEBRUARY 23, 2011
CONTINUED HEARING ON PLAINTIFFS' MOTION FOR          - 4 -        CV-03-5376-SBA  CV-06-5590-EMC
ORDER TO SELL SECURITIES AND [PROPOSED] ORDER