UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TIIE SCOTT COMPANIES, INC., et al.<br><br>Defendants. | Case No: C 03-5376 SBA<br><br>**ORDER**<br><br>Dkt. 403 |

The Clerk has been advised that Request and Order for Appointment of Process Servers is moot.  Accordingly,

IT IS HEREBY ORDERED THAT the request is deemed withdrawn.  The Clerk shall terminate Docket 403.

IT IS SO ORDERED.

Dated:  February 17, 2011

_Saundra B. Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge