1  Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
   Michael G. Long, Bar No. 129771
2  mlong@wthf.com
   David R. Johnson, Bar No. 174883
3  djohnson@wthf.com
   2040 Main Street, Suite 300
4  Irvine, CA  92614
   Telephone:    949-852-6700
5  Facsimile:     949-261-0771

6  Attorneys for Plaintiffs

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  UNITED STATES FIDELITY AND GUARANTY COMPANY, et al., | Case No.  CV-03-5376- SBA<br>CV-06-5590-EMC |
| 13 | |
| 14            Plaintiffs, | **STIPULATION TO CONTINUE THE MAY 4, 2011 CONTINUED HEARING ON PLAINTIFFS' MOTION FOR ORDER TO SELL SECURITIES TO PARTIALLY SATISFY PLAINTIFFS' JUDGMENT AGAINST JOSEPH GUGLIELMO; [PROPOSED] ORDER THEREON** |
| 15  v. | |
| 16  THE SCOTT COMPANIES, INC., et al., | |
| 17            Defendants. | |
| 18 | Date:        May 4, 2011<br>Time:        3:00 p.m.<br>Judge:       Magistrate Edward M. Chen<br>Courtroom: C-15th Floor |
| 19 | |

20         Plaintiffs United States Fidelity and Guaranty Company, Fidelity and Guaranty Insurance

21  Company, St. Paul Fire and Marine Insurance Company and St. Paul Medical Liability Insurance

22  Company (collectively, "St. Paul") and Judgment Debtor Joseph Guglielmo ("Guglielmo"),

23  through their respective counsel, hereby stipulate and agree as follows:

24         WHEREAS:

25         A.     St. Paul's Motion for Order to Sell Securities to Partially Satisfy Plaintiffs'

26  Judgment Against Joseph Guglielmo ("Motion") was heard by this Court on January 4, 2011 at or

27  about 10:30 a.m.

28

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

STIPULATION TO CONTINUE MAY 4, 2011 CONTINUED
HEARING ON PLAINTIFFS' MOTION FOR ORDER TO
SELL SECURITIES AND [PROPOSED] ORDER

CV-03-5376-SBA  CV-06-5590-EMC

B.      In its January 11, 2011 Order on the Motion ("Schwab Account Order"), the Court ordered that information regarding a certain account maintained by Guglielmo at Charles Schwab & Co., Inc. be exchanged with St. Paul.  Further, the Court ordered that the parties submit further briefing regarding Guglielmo's need for the funds on February 16, 2011, and set a further hearing regarding Plaintiffs' Motion on February 23, 2011.

C.      On January 14, 2011, St. Paul sent Guglielmo a letter demanding that Guglielmo provide certain documents and information pertaining to his financial condition by January 28, 2011 in accordance with the Schwab Account Order ("St. Paul Letter Demand").

D.      Thereafter, St. Paul and Guglielmo began discussing the possible resolution of their dispute.  To allow for their discussion to progress, St. Paul agreed to continue the briefing regarding Guglielmo's need for the funds to March 9, 2011 and the hearing on St. Paul's Motion to March 23, 2011.  The Court agreed to the continued dates (Case No. CV-06-5590-EMC, Docket No. 97 and Case No. CV-03-5376-SBA, Docket No. 410).

E.      On or about March 10, 2011, the Court agreed to continue the briefing and the March 23, 2011 hearing on St. Paul's Motion to allow for a possible resolution of St. Paul and Guglielmo's dispute (Case No. CV-06-5590-EMC, Docket No. 99 and Case No. CV-03-5376-SBA, Docket No. 413).

F.      St. Paul and Guglielmo have reached a settlement in principle of the entire dispute between them, and need additional time to prepare the required documentation.  The settlement will obviate the need for the information sought in the St. Paul Letter Demand, the additional submissions to this Court and the continued hearing on the Motion.

**WHEREFORE,**

To allow St. Paul and Guglielmo to complete their discussions without potentially unnecessarily incurring additional expenses and to avoid the potentially unnecessarily expenditure of the resources of this Court, St. Paul and Guglielmo agree to continue:

1.      The hearing on St. Paul's Motion from May 4, 2011 by fifty-five (55) days (to June 29, 2011), as the Court's calendar may permit;

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
ATTORNEYS AT LAW

STIPULATION TO CONTINUE MAY 4, 2011 CONTINUED HEARING ON PLAINTIFFS' MOTION FOR ORDER TO SELL SECURITIES AND [PROPOSED] ORDER      - 2 -      CV-03-5376-SBA CV-06-5590-EMC

2.      St. Paul's and Guglielmo's submission of additional briefing in accordance with the Court's Schwab Account Order from April 20, 2011 to two (2) weeks before the continued hearing date on the Motion (to June 15, 2011); and

3.      The deadline for Guglielmo to provide to St. Paul the documentation and information demanded by St. Paul in its St. Paul Letter Demand to thirty-two (32) days before the hearing (approximately May 31, 2011).

IT IS SO STIPULATED.

Dated: April 20, 2011          WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.


By: _____
     Michael G. Long
     David R. Johnson
     Counsel for Plaintiffs


Dated: April 20, 2011          LAW OFFICES OF JAMES M. SULLIVAN, INC.


By: _____
     James Sullivan
     Counsel for Joseph Guglielmo

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

STIPULATION TO CONTINUE MAY 4, 2011 CONTINUED
HEARING ON PLAINTIFFS' MOTION FOR ORDER TO
SELL SECURITIES AND [PROPOSED] ORDER          - 3 -      CV-03-5376-SBA  CV-06-5590-EMC

**ORDER**

After considering the Stipulation of the parties, and good cause existing therefore, IT IS HEREBY ORDERED THAT:

1.     The hearing on St. Paul's Motion is continued from May 4, 2011 at 3:00 p.m. to _____June 29_____, 2011 at ___10:30___ a.m./p.m.;

2.     The deadline for St. Paul and Guglielmo to submit additional briefing in accordance with the Court's January 11, 2011 Schwab Account Order is continued from April 20, 2011 to _____June 15_____, 2011.

3.     The deadline for Guglielmo to provide to St. Paul the documentation and information demanded by St. Paul in its St. Paul Letter Demand is _____May 31_____, 2011.

**IT IS SO ORDERED**

Dated: _____April 25_____, 2011

_____
MAGI[...]D M. CHEN

*IT IS SO ORDERED AS MODIFIED*

*Judge Edward M. Chen*

UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

STIPULATION TO CONTINUE MAY 4, 2011 CONTINUED
HEARING ON PLAINTIFFS' MOTION FOR ORDER TO
SELL SECURITIES AND [PROPOSED] ORDER

- 4 -

CV-03-5376-SBA  CV-06-5590-EMC